**KENNEDY KEMMET PLLC**
Jill Kennedy, Esq
P.O. Box 63412
Phoenix, AZ 85082
Arizona State Bar No. 012222
Jill.kennedy@kennedykemmet.com
T: (480) 636-7225  F: (602) 297-6616
*Attorneys for Plaintiff/Counter Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristine Smith,<br><br>      Plaintiff,<br>vs.<br><br>K9-Games AZ LLC, an Arizona limited liability company; Matthew Kafora, an individual; and Jennifer Kafora, an individual,<br>      Defendants.<br>_____<br>K9-Games AZ LLC, an Arizona limited liability company,<br><br>      Counter Claimant,<br><br>vs.<br>Kristine Smith,<br>      Counter Defendant | **Case No. 2:20-cv-00797-GMS**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Assigned to the Honorable G. Murray Snow] |

The parties to this action, Kristine Smith, K9-Games AZ LLC, Matthew Kafora and Jennifer Kafora, by and through undersigned counsel, hereby stipulate to dismissal

with prejudice of all claims and counterclaims in this action, with each party bearing its own respective attorneys' fees and costs incurred herein. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this voluntary dismissal is signed by counsel affirming approval of all parties who have appeared in this action.

**DATED** this 20th day of May, 2021.

| KENNEDY KEMMET PLLC | DAVIS MILES MCGUIRE GARDNER PLLC |
|---|---|
| *(signed)* Jill M Kennedy | *(signed)* David W. Williams |
| Jill Kennedy, SBA# 012222<br>Jill.kennedy@kennedykemmet.com<br>Kennedy Kemmet PLLC<br>P.O. Box 63412<br>Phoenix, Arizona 85082<br>*Attorneys for Plaintiff Kristine Smith* | David W. Williams, Esq.<br>Marshall R. Hunt, Esq<br>Davis Miles McGuire Gardner PLLC<br>40 East Rio Salado Parkway Suite 425<br>Tempe, AZ  85281<br>*Attorneys for Defendants K9-Games AZ LLC, Jennifer Kafora and Matthew Kafora* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2021, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | David Wendell Williams, Esq. |
| 4 | Marshall Ray Hunt, Esq<br>Davis Miles McGuire Gardner PLLC |
| 5 | 40 East Rio Salado Parkway Suite 425 |
| 6 | Tempe, AZ  85281 |
| 7 | Tel: (480)344-4047 |
| 8 | Fax: (480) 733-3748<br>efile.dockets@davismiles.com |
| 9 | |
| 10 | */s/ Jill Kennedy* |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |