# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristine Smith, | No. CV-20-00797-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| K9 Games AZ LLC, et al., | |
| Defendants. | |
| K9 Games AZ LLC, et al., | |
| Counterclaimant, | |
| v. | |
| Kristine Smith, | |
| Counterdefendant. | |

Upon the Stipulation (Doc. 46) of all parties appearing in this action to dismiss with prejudice all claims and counterclaims pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii),

**IT IS ORDERED** granting the parties' Stipulation (Doc. 46). This case is dismissed with prejudice. Each party to bear its own respective attorneys' fees and costs incurred herein.

Dated this 24th day of May, 2021.

_____
G. Murray Snow
Chief United States District Judge